**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

**REHEARING ACTION: December 26, 2012**

**Docket Number: 12   00277-CA**

**CAMILLE LANDRY, ET AL.**
**VERSUS**
**PSA OF LAFAYETTE, LLC, ET AL.**

**Appealed from Lafayette Parish Case No. C-20045188**

**BEFORE JUDGES:**

      **Hon. John D. Saunders**
      **Hon. Marc T. Amy**
      **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that:

The motions for rehearing filed by **Ryan D. Landry, et al.** and **Camille Landry, et al.**

have this day been

      **GRANTED.** The case is set for oral argument on February 27, 2013 at 10:30 a.m.
      Amy, J., would deny rehearing.

The motions for reconsideration en banc filed by **Ryan D. Landry, et al.** and **Camille**

**Landry, et al.** have this day been

      **DENIED.**
      Saunders, J., would grant en banc rehearing.

cc: Eric John Miller, Counsel for the Appellee
    Daniel G. Brenner, Counsel for the Appellee
    R. Preston Mansour, Jr., Counsel for the Appellee
    J. Rock Palermo, III, Counsel for the Appellee
    John Michael Veron, Counsel for the Appellee
    Nadia Marie de la Houssaye, Counsel for the Appellee
    William Winfield Stagg, Counsel for the Appellee
    Ryan M. Goudelocke, Counsel for the Appellee
    Roy Clifton Cheatwood, Counsel for the Appellee
    Monica Ann Frois, Counsel for the Appellee
    Brandy N. Sheely, Counsel for the Appellee
    Eve Barrie Masinter, Counsel for the Appellee
    Marc W. Judice, Counsel for the Appellee
    James J. Hautot, Jr., Counsel for the Appellee
    James Paul Lambert, Counsel for the Appellant
    Michelle Anne Bourque, Counsel for the Appellee
    Stewart Earl Niles  Jr., Counsel for the Appellee
    John Layne Hammons, Counsel for the Appellant
    Annis Cornell Rushing Flournoy, Counsel for the Appellant
    Chaile Allen, Counsel for the Appellant